UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MATTHEW ROMAIN

                                    ORDER OF DISMISSAL
   -V-                            FOR LACK OF ACTIVITY
                              ADOPTING REPORT & RECOMMENDATION

                                    CV 10-1744 (JS)(ARL)

NASSAU CO. POLICE DEPT., ET AL.
----------------------------------------X

APPEARANCES:
For Plaintiff:
Matthew Romain, *Pro Se*
#10-A-5371
Bare Hill Correctional Facility
181 Brand Rd.
Caller Box 20
Malone  NY 12953

For Defendants:
Liora Ben-Sorek, Esq.
Jennean Rogers, Esq.
Nassau Co. Attorney's Office
1 West St.
Mineola  NY 11501


SEYBERT, DISTRICT JUDGE:

      The above-captioned case was commenced on Apr. 19, 2010.

      In her Report & Recommendation dated Oct. 17, 2011 (docket entry [22]), Magistrate Judge Arlene Rosario Lindsay clearly outlined the plaintiff's failure to comply with deadlines and requirements.

      It is noted that the plaintiff never advised the Court or the defendants of his change of address. Nevertheless, on at least three occasions, defense counsel mailed documents to the plaintiff at the above address, which is confirmed by the New York State Corrections website.

      Absent any further communication from the plaintiff, Judge Lindsay issued her Report & Recommendation. No objection having been received, the Report & Recommendation is adopted, with the correction of one typographical error contained therein: This Court's Memorandum & Order was issued in July, 2010, not 2009.

IT IS HEREBY ORDERED that this case be dismissed *without prejudice* for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure. Defense Motion [18] to dismiss is GRANTED. The Clerk of Court is directed to mark the case closed and mail a copy of this order to the plaintiff at the Bare Hill address above.

SO ORDERED.

/s/ JOANNA SEYBERT
_____
JOANNA SEYBERT
U.S. DISTRICT JUDGE

Dated: Central Islip, New York
      Nov. 28, 2011